UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EARL DUPRE (#446240)

VERSUS

JUDGE LARKE, ET AL

CIVIL ACTION

NUMBER 12-418-BAJ-SCR

**RULING and ORDER OF DISMISSAL**

The Court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of the United States Magistrate Judge Stephen C. Riedlinger dated July 19, 2012 (doc. 4), and defendant's objection filed July 31, 2012 (doc. 5).

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, plaintiff's complaint is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (iii), and without leave to amend because there is no conceivable, non-frivolous federal claim plaintiff could assert consistent with the facts alleged in his complaint.

Baton Rouge, Louisiana, August 27, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA